J S - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HDI-GERLING AMERICA INSURANCE COMPANY, INC., an Illinois Corporation,<br><br>Defendants. | Case No. 2:20-cv-08081-SSS-SKx<br><br>[Assigned to the Hon. Sunshine S. Sykes]<br><br>**JUDGMENT**<br><br>Complaint File:  September 8, 2020<br>Trial Date:  December 14, 2021 |

Pursuant to Court's Order on Plaintiff's Motion for Summary Judgment, the Court finds that Plaintiff TRAVELERS INSURANCE COMPANY OF AMERICA ("Travelers") is entitled to equitable contribution from Defendant HDI-GERLING AMERICA INSURANCE COMPANY, INC. ("HDI") in the amount of 4% of the defense fees and costs incurred by Travelers to defend their mutual insured, Grand View Apartments, LLC ("Grand View") in the underlying action entitled *Talamantes, et al. v. Grand View Apartments, LLC, et al.*, San Luis Obispo County Superior Court, Case No. 19CVP-0146 ("Underlying Action"), incurred after November 20, 2019. The Parties agreed that Travelers incurred $294,141.32 in fees and costs to defend Grand View in the Underlying Action from November 20, 2019 until July 2021. (See Dkt No. 25.) The Parties further agree that Travelers incurred an additional $2,192.86 in fees from August 2021 until the Underlying Action was dismissed. Finally, the Parties agree that there is no "prevailing party" and agree to waive costs.

Based thereon, Judgment in entered in favor of Travelers and against HDI in the amount of $11,853.37.

Dated: October 24, 2022    By: _____
HON. SUNSHINE S. SYKES
U.S. DISTRICT COURT JUDGE